# EXHIBIT C

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>`C` `V` `2075` `73` ☐☐ - ☐☐<br>Date of Filing:                    Judge Code:<br>`02` `04` `2015`   `TMH`<br>Month   Day   Year |
|---|---|---|

IN THE CIRCUIT COURT OF _____ **MONTGOMERY** _____, **ALABAMA**

_____ **STERLING BANK** _____ v. *(Name of County)* **CAESAREA-MILLBROOK, LLC, etc et al** _____

| | Plaintiff | | | Defendant | |
|---|---|---|---|---|---|
| **First Plaintiff** | ☑ Business | ☐ Individual | **First Defendant** | ☑ Business | ☐ Individual |
| | ☐ Government | ☐ Other | | ☐ Government | ☐ Other |

**NATURE OF SUIT:**  Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☑ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** *(check one):*   F ☑ INITIAL FILING        A ☐ APPEAL FROM       O ☐ OTHER: _____
DISTRICT COURT
R ☐ REMANDED        T ☐ TRANSFERRED FROM
OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☐ MONETARY AWARD REQUESTED   ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
| B | A | I | 0 | 2 | 8 |   *February 4, 2015*          _Signature_
Date                                            Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

STERLING BANK, a division of Synovus
Bank, a national banking association,

Interpleader,

v.

CAESAREA-MILLBROOK, LLC, an Alabama
limited liability company; CAESAREA-
CHANTILLY, LLC, an Alabama limited
liability company; CAESESERA
DEVELOPMENT, LLP, a Delaware limited
liability partnership; JACKSON HEALTH, INC.,
an Alabama corporation; JOSEPH L.
HERROD, an individual; DONALD P. BROBST,
an individual; C. DENNIS WOOLDRIGE, an
individual; A. CHANDLER MULLER, an
individual; and ABC being those entities or
individuals having an ownership interest in
Caesarea Millbrook, LLC and
Caesarea-Chantilly, LLC, whose names are not
currently known but will be added by amendment
when ascertained.

Claimants.

Case No. 03-CV-2015- *73 (TM H)*



### INTERPLEADER

Comes now Sterling Bank, a division of Synovus Bank, a national banking association

("Sterling Bank"), and pursuant to Rule 22 of the Alabama Rules of Civil Procedure, does

hereby interplead into the Circuit Court of Montgomery County, Alabama, funds on deposit with

Sterling Bank in the accounts of Caesarea-Millbrook, LLC and Caesarea-Chantilly, LLC and

states as follows:

1.    Claimants CAESAREA-MILLBROOK, LLC, CAESAREA-CHANTILLY, LLC,

CAESAREA DEVELOPMENT, LLP, JACKSON HEALTH, INC., JOSEPH L. HERROD,

DONALD P. BROBST, C. DENNIS WOOLDRIGE, and A. CHANDLER MULLER, are those

entities who, upon information and belief, are the current members or partners or entities having ownership or controlling interests in Caesarea Millbrook, LLC and Caesarea-Chantilly, LLC.

2.      Claimants ABC are those entities or individuals currently having an ownership interest in Caesarea Millbrook, LLC and Caesarea-Chantilly, LLC, but whose identities are not currently known and will be added by amendment if ascertained.

3.      Sterling Bank has been made aware of a dispute between the claimants relating to control over the accounts of and funds belonging to Caesarea Millbrook, LLC and Caesarea-Chantilly, LLC.

4.      Sterling Bank has received conflicting instructions from the claimants concerning the accounts of Caesarea Millbrook, LLC and Caesarea-Chantilly, LLC.

5.      By reason of these conflicting claims of the claimants, Sterling Bank is in doubt as to which claimant(s) are entitled to control the accounts or funds on deposit with Sterling Bank.

6.      Sterling Bank has, contemporaneously herewith, deposited with the clerk of this Court all funds in its possession in the accounts of Caesarea Millbrook, LLC and Caesarea-Chantilly, LLC. The deposit is comprised of a check from Sterling Bank payable to the clerk in the amount of Five-Hundred Forty-Nine Thousand Ninety-Five Dollars and Five Cents ($549,095.05) representing all funds in the account of Caesarea Millbrook, LLC and a check from Sterling Bank payable to the clerk in the amount of Seven Hundred and One Thousand Three-Hundred and Eight Dollars and Sixty-Six Cents ($701,308.66) representing all funds in the account of Caesarea-Chantilly, LLC.

7.      Pursuant to Alabama Rule of Civil Procedure 22(c), Sterling Bank claims attorney fees for preparing and filing this interpleader to be paid from the amounts deposited with the clerk.

WHEREFORE, Sterling Bank respectfully requests that the Court adjudge that the claimants be required to appear, interplead and settle among themselves their rights to the monies belonging to Caesarea Millbrook, LLC and Caesarea-Chantilly, LLC, and that Sterling Bank be discharged from all liability in the premises, reimbursement of attorney fees and costs of suit.

Dennis R. Bailey (BAI028)
Counsel for Sterling Bank

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rushtonstakely.com (e-mail)

Serve Defendants as follows:

Caesarea-Millbrook, LLC
c/o Caesarea Development, LLP
100 Capitol Commerce Blvd., Suite 250
Montgomery, Alabama  36117

Caesarea-Chantilly, LLC
c/o Caesarea Developmenet, LLP
100 Capitol Commerce Blvd., Suite 250
Montgomery, Alabama  36117

Caesarea Development, LLP
c/o The Corporation Trust Company
Corporate Trust Center
1209 Orange Street
Wilmington, Delaware  19801

Joseph L. Herrod
c/o John W. Clark, IV
Bainbridge, Mims, Rogers & Smith, LLP
The Luckie Building, Suite 415
600 Luckie Drive
Birmingham, Alabama   35223

Dr. Donald Brobst
169 Brook Trace Drive
Hoover, Alabama   35244

Dr. A. Chandler Muller, II
2524 Woodley Road
Montgomery, Alabama   36111

Dr. C. Dennis Wooldridge
742 McKeithen Place
Millbrook, Alabama   36054

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number<br><br>CV 15-73 |
| --- | --- | --- |

**IN THE** _____ CIRCUIT _____ **COURT OF** _____ MONTGOMERY _____ **COUNTY**

**Plaintiff** _____ STERLING BANK, etc. _____ **v. Defendant** CAESAREA-MILLBROOK, LLC
_____      ET AL.,_____

**NOTICE TO** _____ CAESAREA-MILLBROOK, LLC _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE
ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF
YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH
THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR
YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE
ADDRESS IS ___ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 ___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___ 30 ___ DAYS AFTER THIS SUMMONS AND
COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐  You are hereby commanded to serve this summons and a copy of the complaint in this action upon the
defendant.

☑  Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff
pursuant to the Alabama Rules of Civil Procedure.

Date  2/5/15 _____      _____ Tiffany B. McCord _____ By: _____
                                      Clerk/Register

☑  Certified Mail is hereby requested.

_____ Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐  Return receipt of certified m

☐  I certify that I personally del

_____
Alabama on _____
          (Date)

_____
Date

_____
Type of Process Server

_____ County,

U.S. Postal Service
CERTIFIED MAIL  RE
(Domestic Mail Only; No Insura

For delivery information visit ou

Postage  $
Certified Fee
Return Receipt
(Endorsement R
Restricted
(Endorsem

To
Stree
or PO b
City, State,

Caesarea-Millbrook, LLC
c/o Caesarea Development, LLP
100 Capitol Commerce Blvd., Suite 250
Montgomery, Alabama 36117

Postmark
Here

PS Form 3800, June 2002      See Reverse for Instructions

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev 6/88 | **SUMMONS<br>-CIVIL-** | **Case Number**<br><br>CV 15-73 |

**IN THE** _____ CIRCUIT _____ **COURT OF** _____ MONTGOMERY _____ **COUNTY**

**Plaintiff** _____ STERLING BANK, etc. _____ **v.** **Defendant** CAESAREA-MILLBROOK, LLC<br>ET AL.,

**NOTICE TO** _____ CAESAREA-CHANTILLY, LLC _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE ADDRESS IS _____ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 _____ .

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[ ] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[✓] Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date __2/5/15__          _Tiffany B. McCord_          By: ____<br>                        Clerk/Register

[✓] Certified Mail is hereby requested.          _signature_<br>                        Plaintiff's/Attorney's Signature

**RETURN ON SERVICE**

[ ] Return receipt of ce...

[ ] I certify that I perso...

_____ Alabama on _____

_____ Date _____

_____ Type of Process Server _____

U.S. Postal Service™<br>CERTIFIED MAIL™ REC...<br>(Domestic Mail Only; No Insurance...

For delivery information visit our w...

**O F F I C I...**

Postage  $<br>Certified Fee<br>Return Receipt F...<br>(Endorsement Requ...<br>Restricted Del...<br>(Endorsement...<br>Total

Caesarea-Chantilly, LLC<br>c/o Caesarea Developmenet, LLP, Suite 250<br>100 Capitol Commerce Blvd., Suite 250<br>Montgomery, Alabama  36117

(Date) _____<br>t to _____<br>_____ County,

Server

PS Form 3800...

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34      Rev 6/88 | | CV 15-73 |

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

Plaintiff _____ STERLING BANK, etc. _____ v. Defendant CAESAREA-MILLBROOK, LLC
_____ ET AL.,

NOTICE TO _____ CAESAREA DEVELOPMENT, LLP

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE ADDRESS IS _____ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date _2/5/15_                                Tiffany B. McCord Ne
                                            Clerk/Register

☑ Certified Mail is hereby requested.        Plaintiff/Attorney Signature

RETURN ON SERVICE:

☐ Return receipt of certified

☐ I certify that I personally

Alabama on _____
              (Date)

Date _____

Type of Process Server _____

U.S. Postal Service
CERTIFIED MAIL. RECEIPT
(Domestic Mail Only; No Insurance...)
For delivery information visit our web...
OFFICI
Postage $
Certified Fee
Return Receipt Fee
(Endorsement Requir...)
Restricted Deliv...
(Endorsement...)
Total P...

Caesarea Development, LLP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

7604 3570 0004 2240 7003
PS Form 3800...
See Reverse for Instructions

Phone Number of Server

| State of Alabama Unified Judicial System Form C-34 Rev 6/88 | SUMMONS -CIVIL- | Case Number CV 15-73 |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

Plaintiff _____ STERLING BANK, etc. _____ v. Defendant CAESAREA-MILLBROOK, LLC ET AL.,

NOTICE TO _____ JOSEPH L. HERROD _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE ADDRESS IS _____ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___ 30 ___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[ ] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[✓] Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff _____ pursuant to the Alabama Rules of Civil Procedure.

Date _8/5/15_   _Tiffany B. McCord_   By: _NL_
Clerk/Register

[✓] Certified Mail is hereby requested.   _Dennis W Bailey_
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of cer...

[ ] I certify that I person...

Alabama on _____

Date _____

Type of Process Server _____

U.S. Postal Service™
CERTIFIED MAIL™ RECE...
(Domestic Mail Only; No Insurance C...
For delivery information visit our we...

**OFFICI**

Postage $
Certified Fee
Return Rec...
(Endorsement R...
Restricted...
(Endor...

Joseph L. Herrod
c/o John W. Clark, IV
Bainbridge, Mims, Rogers & Smith, LLP
The Luckie Building, Suite 415
600 Luckie Drive
Birmingham, Alabama 35223

Postmark Here

...Date)
to
_____ County,

erver

PS Form 3800, June 2002          See Reverse for Instructions.

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number<br><br>CV 15-73 |
|---|---|---|

**IN THE** _____ CIRCUIT _____ **COURT OF** _____ MONTGOMERY _____ **COUNTY**

**Plaintiff** _____ STERLING BANK, etc. _____ **v. Defendant** CAESAREA-MILLBROOK, LLC
ET AL.,

**NOTICE TO** _____ DR. DONALD BROBST

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE ADDRESS IS ___ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 ___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___ 30 ___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date __2/5/15__          _Tiffany B. McCord_ By: _____
                                    Clerk/Register

☑ Certified Mail is hereby requested.          _____
                                    Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certi...

☐ I certify that I persona...

Alabama on _____
(Da...

Date _____

Type of Process Server

_U.S. Postal Service_
_CERTIFIED MAIL_
_(Domestic Mail Only; No Insur..._
_For delivery information visit..._

OFFIC...

Postage
Certified F...
Return Rec...
(Endorsement...
Restricted
(Endorsem...

Dr. Donald Brobst
169 Brook Trace Drive
Hoover, Alabama 35244

Postmark
Here

PS Form 3800, June 2002        See Reverse for Instructions

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number<br><br>CV 15-73 |
|---|---|---|

**IN THE** _____ CIRCUIT _____ **COURT OF** _____ MONTGOMERY _____ **COUNTY**

**Plaintiff** _____ STERLING BANK, etc. _____ **v. Defendant** CAESAREA-MILLBROOK, LLC
ET AL.,

**NOTICE TO** _____ DR. A. CHANDLER MULLER, II _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE
ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF
YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH
THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR
YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE
ADDRESS IS _____ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND
COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[ ]   You are hereby commanded to serve this summons and a copy of the complaint in this action upon the
defendant.

[✓]   Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff _____
pursuant to the Alabama Rules of Civil Procedure.

Date _2|5|15_                    _Tiffany B. McCord_    By: _No_
                                 Clerk/Register

[✓]   Certified Mail is hereby requested.          _[signature]_
                                 Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

[ ]   Return receipt of cert

[ ]   I certify that I person

Alabama on _____
                    (Da

_____
Date

Type of Process Server

_U.S. Postal Service_
**CERTIFIED MAIL™ RECEIP**
_(Domestic Mail Only: No Insurance Cov      )_
For delivery information visit our webs

**OFFICI**

Postage

Certified Fee

Return Rece
(Endorsement R

Restricted
(Endors

Dr. A. Chandler Muller, II
2524 Woodley Road
Montgomery, Alabama 36111

mark
Here

_)ate)_
_o_
_____ County,_

City, Sta

PS Form 3800, June 2002          See Reverse for Instructions

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number<br><br>CV 15-93 |
|---|---|---|

**IN THE** _____ CIRCUIT _____ **COURT OF** _____ MONTGOMERY _____ **COUNTY**

**Plaintiff** _____ STERLING BANK, etc. _____ **v. Defendant** CAESAREA-MILLBROOK, LLC
ET AL.,

**NOTICE TO** _____ DR. C. DENNIS WOOLDRIDGE _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE ADDRESS IS ___ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 ___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___ 30 ___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____     _____ **By:** _____

Clerk/Register

☑ Certified Mail is hereby requested.     _Dennis R Bailey_

Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of cert

☐ I certify that I person:

Alabama on _____
(D:

Date _____

Type of Process Server



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance ...)

OFFICI...

Postage
Certified Fee
Return Receipt ...
(Endorsement ...)
Restricted ...
(Endorsement ...)

Dr. C. Dennis Wooldridge
742 McKeithen Place
Millbrook, Alabama 36054

Postmark
Here

PS Form 3800, June 2002      See Reverse for Instructions

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number<br><br>CV 15-73 |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

Plaintiff _____ STERLING BANK, etc. _____ v. Defendant CAESAREA-MILLBROOK, LLC
ET AL.,

NOTICE TO _____ JACKSON HEALTH, INC. _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Dennis R. Bailey _____ WHOSE ADDRESS IS _____ Rushton Stakely Johnston & Garrett, Post Office Box 270, Montgomery, AL, 36101-0270 _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ Service by certified mail of this summons is initiated upon the written request of _____ Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date _____     By: _____
                                  Clerk/Register

☑ Certified Mail is hereby requested.     _____
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail returned _____ (Date) _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ : to _____ _____ County,

Alabama on _____
( _____ )

Date _____

Type of Process Server _____

U.S. Postal Service
CERTIFIED MAIL RE
(Domestic Mail Only; No Insura
For delivery information visit ou
OFFIC
Postage $
Certified Fee
Return Receipt
(Endorsement R
Restricted
(Endorse
Jackson Health, Inc.
c/o John Weiss
Gilpin Givhan
P O Box 4540
Montgomery, AL 36103-4540
Postmark
Here
7002 2030 0001 1449 8679
PS Form 3800, June 2002          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery
- Print your name and address so that we can return
- Attach this card or on the front

1. Article Addressed to:

TMH
Caesarea-Millbrook, LLC
c/o Caesarea Development, LLP
100 Capitol Commerce Blvd., Suite 250
Montgomery, Alabama 36117

CV 1573 S/C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FILED

FEB

Tiffany

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7002 2030 0004 1449 8662

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS**

■ Complete Items 1, 2, a'
Item 4 if Restricted D

■ Print your name ap.
so that we can in

■ Attach this car'
or on the fror

1. Article Adr

Caesarea-Chantilly, LLC
c/o Caesarea Development Blvd., LLP
100 Capitol Commerce Blvd., Suite 250
Montgomery, Alabama 36117

TMH

CV 1573 S/c

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  2 9 15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

FILED
FEB 1 0 2015

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)

7002 2030 0004 1449 8655

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. C. Dennis Wooldridge
742 McKeithen Place
Millbrook, Alabama   36054

CV 15-73 S/C

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent   ☑ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
D Wooldridge   2-7

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7003 2260 0004 3570 7567

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE MONTGOMERY

AL 360

10 FEB '15

FM 3 L



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Clerk, Montgomery County Circuit Court
Post Office Box 1667
Montgomery, Alabama    36102

32166767

**SENDER:** *COMPLETE THIS SECTION*

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   GARY DERRIVGGE

C. Date of Delivery   2/10/15

1. Article Addressed to:

Jackson Health, Inc.
c/o John Weiss
Gilpin Givhan
P O Box 4540
Montgomery, AL 36103-4540

CV 15-73 S/C

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FILED
FEB 12 2015

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7002 2030 0004 1449 8679

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, Montgomery County Circuit Court
Post Office Box 1667
Montgomery, Alabama    36102

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Dr. A. Chandler Muller, II
2524 Woodley Road
Montgomery, Alabama 36111

CV 15-93  S/C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Alecia a. Muller_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   Alecia M. Muller   C. Date of Delivery   2-12-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FEB 12 2015  GREEN LANTERN STATION 36

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**2. Article Number**
(Transfer from service label)

7003 2260 0004 3570 7574

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

AL 360

12 FEB '15

PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, Montgomery County Circuit Court
Post Office Box 1667
Montgomery, Alabama   36102

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**1. Article Addressed to:**

TMH

Caesarea Development, LLP
c/o The Corporation Trust Company
Corporate Trust Center
1209 Orange Street
Wilmington, Delaware   19801

CV 15-73  S/C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

*Amy McLaren*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
FEB 1 0 2015

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FILED
FEB 23 2015

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**2. Article Number**
*(Transfer from service label)*

7003 2260 0004 3570 7604

PS Form **3811**, August 2001   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, Montgomery County Circuit Court
Post Office Box 1667
Montgomery, Alabama     36102

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

*TMH*

1. Article Addressed to:

Dr. Donald Brobst
169 Brook Trace Drive
Hoover, Alabama   35244

CV 15-73 S/C

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  *Donald Brobst*      ☐ Agent
                        ☐ Addressee

B. Received by ( *Printed Name* )      C. Date of Delivery
*Donald Brobst*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FEB   Tiffany B. McCord
         Clerk
         Montgomery, Alabama

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )      ☐ Yes

2. Article Number
*(Transfer from service label)*      7003 2260 0004 3570 7581

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, Montgomery County Circuit Court
Post Office Box 1667
Montgomery, Alabama    36102

02166767