IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH L. HERROD and, CAESAREA-DEVELOPMENT, LLP,<br><br>             Plaintiffs,<br>v.<br><br>JACKSON HEALTH, INC.; DONALD P. BROBST; C. DENNIS WOOLDRIDGE; A. CHANDLER MULLER; JACKSON HOSPITAL & CLINIC, INC.; PRIMARY PHYSICIANS, INC.,<br>             Defendants. | Civil Action No. 2:15cv152-WHA<br><br>(wo) |

**ORDER**

This cause is before the court on the Suggestions of Bankruptcy of A. Chandler Muller, Donald P. Brobst, and C. Dennis Wooldridge. In light of the suggestions of bankruptcy, the court asked the parties for their position on whether the entire case should be stayed. In their responses, A. Chandler Muller, Donald P. Brobst, C. Dennis Wooldridge, Jackson Hospital & Clinic, Inc. and Jackson Health, Inc. have taken the position that the entire case should be stayed, while Joseph L. Herrod and Caesarea-Development, LLP request that the entire action not be stayed, but only the claims against the debtors be stayed.

The filing of the Chapter 7 bankruptcy resulted in an automatic stay of any pending claims against Muller, Brobst, and Wooldridge pursuant to 11 U.S.C. §362. Even though the automatic stay does not operate as to other claims in this case, including the interplead funds, those other claims involve common questions of law and fact with the claims subject to the automatic stay. In the interest of judicial economy and the avoidance of piecemeal litigation, the court concludes that it is appropriate to stay the entire case. *Peterson v. Avantair, Inc.,* No. 8:13–CV–1683–T–33EAJ,

2013 WL 4506414 (M.D. Fla. Aug. 23, 2013).

Accordingly, it is hereby ORDERED as follows:

1. This case is hereby STAYED pending the resolution of the bankruptcy proceedings of A. Chandler Muller, Donald P. Brobst, and C. Dennis Wooldridge.

2. On or before May 20, 2016, the parties shall file a joint status report concerning the bankruptcy proceedings involving A. Chandler Muller, Donald P. Brobst, and C. Dennis Wooldridge.

Done this 20th day of November, 2015.

   /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE